MONDAY, APRIL 27, 2026

Coram: CHAGARES, Chief Judge, ROTH and RENDELL, Circuit Judges

S U B M I T T E D

Nos. 25-1935/25-1969
Pursuant to 3rd Cir. LAR 34.1(a)

CHRISTOPHER M. WARMAN; et al.,
Appellants in 25-1935
v.
LOCAL YOKELS FUDGE, LLC; et al.

———

CHRISTOPHER M. WARMAN; et al.
v.
LOCAL YOKELS FUDGE, LLC; et al.,
Appellants in 25-1969

———————

No. 25-1996
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
VICTOR ORTIZ,
Appellant

———————

No. 25-2390
Pursuant to 3rd Cir. LAR 34.1(a)

CHRISTOPHER FABRICANT; et al.,
Appellants
v.
INTAMIN AMUSEMENT
RIDES INT CORP. EST; et al.

PAGE TWO – CONTINUED                    MONDAY, APRIL 27, 2026

Coram: CHAGARES, Chief Judge, ROTH and RENDELL, Circuit Judges

S U B M I T T E D

No. 25-2544
Pursuant to 3rd Cir. LAR 34.1(a)

DAVID BRILL,
Appellant
v.
OFC. MADISYN
EINFALT #477; et al.